IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIS,

       Plaintiff,                         No. CIV S-11-2954 DAD P

       vs.

RICK HILL, Warden, et al.,

       Defendants.                ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

       As an initial matter, plaintiff has not signed his application to proceed in forma pauperis. In addition, the second page of plaintiff's in forma pauperis application is missing. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

/////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: November 22, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
elli2954.3c