IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIS,

      Plaintiff,                    No. CIV S-11-2954 DAD P

   vs.

RICK HILL, Warden, et al.,

      Defendants.               ORDER

_____/

      By an order filed November 23, 2011, plaintiff was ordered to file a properly completed in forma pauperis affidavit or pay the appropriate filing fees within thirty days. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

DATED: January 4, 2012.

                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

DAD:9
elli2954.fifp

---

[1] Plaintiff previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (See Doc. No. 5.)

1