IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIS,

      Plaintiff,                    No. CIV S-11-2954 DAD P

   vs.

RICK HILL, Warden, et al.,

      Defendants.         <u>ORDER</u>

                            /

        By an order filed November 23, 2011, plaintiff was ordered to file a properly completed in forma pauperis affidavit or pay the appropriate filing fees within thirty days. The thirty day period expired, and plaintiff had not responded to the court's order and had not filed an in forma pauperis affidavit or paid the appropriate filing fee. Accordingly, on January 5, 2012, the court dismissed this action without prejudice. Pending before the court is plaintiff's January 17, 2012, "motion for reconsideration." (Doc. No. 8.)

        In his motion, plaintiff informs the court that he inadvertently filed his completed in forma pauperis affidavit in one of his other pending cases. He asks the court to re-open this case to allow him an opportunity to comply with the court's November 23, 2011 order. In the interest of justice, the court will grant plaintiff's motion for reconsideration and allow him an additional thirty days to file a completed in forma pauperis affidavit in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (Doc. No. 8) is granted;

2. The Clerk of the Court is directed to re-open this case and send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice.

DATED: March 13, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
elli2954.mtnr