UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIS, | No. 2:11-cv-2954 TLN DAD P |
| Plaintiff, | |
| v. | ORDER |
| RICK HILL et al., | |
| Defendants. | |

On April 16, 2013, the undersigned issued findings and recommendations, recommending that defendants' motion for summary judgment be granted. On May 28, 2013, the assigned district judge adopted the findings and recommendations in full and closed this case. The court entered judgment on the same day. Pending before the court are plaintiff's motions to transfer the case to the United States Court of Appeals for the Ninth Circuit and for appointment of counsel on appeal.

Plaintiff is advised that in order to appeal the judgment in this case, a notice of appeal in writing must be filed with this court within 30 days after entry of the judgment. See Rule 4(a) of the Federal Rules of Appellate Procedure. Even if the court were to construe plaintiff's motion to transfer the case to the United States Court of Appeals for the Ninth Circuit as a notice of appeal, it is nevertheless untimely. Plaintiff may seek relief from the deadline for filing a notice of

/////

appeal by making a motion pursuant to Rule 4(a)(6) of the Federal Rules of Appellate Procedure and making the showing required by that rule .[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to transfer the case to the United States Court of Appeals for the Ninth Circuit (Doc. No. 40) is denied without prejudice; and

2. Plaintiff's motion for appointment of counsel on appeal (Doc. No. 39) is denied without prejudice.

Dated:  September 17, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
elli2954.appeal

---

[1] That Rule provides as follows:

> (6) The district court may reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered, but only if all the following conditions are satisfied:
>
> (A) the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order sought to be appealed within 21 days after entry;
>
> (B) the motion is filed within 180 days after the judgment or order is entered or within 14 days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of the entry, whichever is earlier; and
>
> (C) the court finds that no party would be prejudiced.